IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN YOUNG,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-1297** |
| | : | |
| **PHILLIP MUCKSAVAGE, M.D.,** *et al.*, | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 19th day of March, 2021, upon consideration of Plaintiff Kevin Young's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. For the reasons discussed in the Court's Memorandum, the Complaint is **DISMISSED WITHOUT PREJUDICE** to afford Young the opportunity to refile his state law claims in an appropriate state court.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
**JOEL H. SLOMSKY, J.**